**Dismissed and Opinion Filed November 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00935-CV

## IN RE TEXAS ALCOHOL AND BEVERAGE COMMISSION AND A. BENTLEY NETTLES, Relators

**Original Proceeding from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89239**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Evans
Opinion by Justice Molberg

Relators' October 26, 2020 petition for writ of mandamus challenges the trial court's orders granting and extending the temporary restraining order against them. Before the Court is relators' November 5, 2020 motion to withdraw their petition. In their motion, relators advise us that the parties have reached a settlement agreement in the underlying litigation. Accordingly, we grant the motion and dismiss the original proceeding as moot. TEX. R. APP. P. 42.1(a)(2).

/Ken Molberg//
KEN MOLBERG
JUSTICE

200935f.p05